**Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL BAKER,<br><br>             Plaintiff,<br><br>     vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>             Defendants. | NO. 3:20-cv-05308-RSM<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL PLEADINGS |

The Court has considered the Joint Motion to Stay Discovery and all Pretrial Deadlines for the above-referenced case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Stay Discovery and All Pretrial Deadlines for purposes of finalizing settlement between parties be granted.

Dated this 7th day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES
NO. 3:20-cv-05308-RSM

- 1 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Baker C20-5308 stip order stay/120720 1449/8284-0018