The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL BAKER Plaintiff vs. C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC., Defendants. | Case No. 3:20-cv-05308-RSM ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE |

## ORDER

This matter comes before the Court on the Parties' *Joint Stipulation of Dismissal Without Prejudice*.  IT IS HEREBY ORDERED that said Stipulation is **GRANTED**, and this matter is **DISMISSED** with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 3rd day of March, 2021.

 _[signature]_
 RICARDO S. MARTINEZ
 CHIEF UNITED STATES DISTRICT JUDGE